# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY EARL GIBSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-cv-00198-LCB-SGC |
| ANTONIO MCCLAIN, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 25, 2025, recommending this petition for a writ of habeas corpus, brought pursuant to 28 U.S.C § 2254, be dismissed for lack of jurisdiction as an unauthorized second or successive petition. (Doc. 9). Although the report and recommendation notified the petitioner of his right to object within fourteen calendar days, the court has not received any objections or other communication from the petitioner. The deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter will be dismissed for lack of jurisdiction as an unauthorized second or successive § 2254 petition. A ruling on a certificate of appealability is not required under these circumstances. *Osbourne v. Sec'y, Fla. Dep't of Corr.*, 968 F.3d 1261, 1264 n.3 (11th Cir. 2020).

A separate judgment will be entered.

**DONE** and **ORDERED** this May 23, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE